UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-477-RJC

| | |
|---|---|
| TERRANCE BELL, | ) |
| Plaintiff, | ) |
| vs. | ) |
| C. CLARK, et al., | ) ORDER |
| Defendants. | ) |

**THIS MATTER** is before the Court on period status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on August 1, 2012. On February 20, 2013, this Court entered an Order directing the service of process on Defendants. (Doc. 9). The Clerk's office mailed summonses forms to Plaintiff on the same date to be returned for processing, but Plaintiff has not returned the summons forms to the Clerk for service of process.

This Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to prosecute. The dismissal is without prejudice.

**IT IS, THEREFORE, ORDERED that:**

1. This action is dismissed without prejudice.
2. The Clerk is directed to terminate the case.

Signed: September 8, 2014

Robert J. Conrad, Jr.
United States District Judge